**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7008**

─────────

UNITED STATES OF AMERICA,

                       Plaintiff - Appellee,

     versus

JULEEN BROWN, a/k/a Carol Baxter,

                       Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-96-108, CA-98-316)

─────────

Submitted: November 4, 1999      Decided: November 10, 1999

─────────

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Juleen Brown, Appellant Pro Se. Stephen Wiley Miller, Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juleen Brown seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Brown</u>, Nos. CR-96-108; CA-98-316 (E.D. Va. July 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>